**BakerHostetler**

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

June 7, 2024

John P. Hutchins
direct dial: 404.946.9812
jhutchins@bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

<u>VIA ECF</u>

Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

Re:   **Joint Notice of Settlement** in Santosh Cherian v. Manipal Education Americas, LLC & American University of Antigua Inc. – Case No. 1:24-cv-00404

Dear Judge Rochon,

Defendants Manipal Education Americas, LLC and American University of Antigua Inc. ("Defendants") and Plaintiff Santosh Cherian ("Plaintiff," collectively, the "Parties") write together to inform the Court that the Parties have reached an agreement in principle to settle the class action *Santosh Cherian v. Manipal Education Americas, LLC & American University of Antigua In*c., Case No. 1:24-cv-00404 (S.D.N.Y.) (the "Action"), subject to the completion of settlement documentation and court approval. The Parties have executed a term sheet and are in the process of formalizing those terms in a settlement agreement. In light of the above, the Parties request that the Court issue an order (1) setting July 22, 2024, as the deadline for Plaintiff to file his Motion for Preliminary Approval of Class Action; and (2) vacating all other deadlines in this Action.

Respectfully submitted,

<u>/s/ John P. Hutchins</u>
John P. Hutchins

<u>/s/ Robyn M. Feldstein</u>
Robyn M. Feldstein

*Counsel for Defendant*

<u>/s/ Raina Borrelli</u>
Raina Borrelli

*Counsel for Plaintiff*