UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOSH CHERIAN,<br><br>        Plaintiff,<br><br>    -against-<br><br>MANIPAL EDUCATION AMERICAS, LLC and AMERICAN UNIVERSITY OF ANTIGUA INC.,<br><br>        Defendants. | Case No. 24-cv-00404 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has been advised by letter at ECF No. 17 that the parties in this action have reached a settlement in principle. As the parties acknowledge, Court approval is required for settlement of the state-law claims on a class-wide basis pursuant to Federal Rule of Civil Procedure 23.

  No later than **July 22, 2024**, plaintiff shall file a motion for class certification and preliminary approval of the class-wide settlement. The motion papers shall include a copy of the parties' proposed settlement as well as a proposed schedule for notice to the class members, for class members to opt-out, for preliminary approval of the settlement, and for a fairness hearing, as well as a proposal for the manner in which class members will be notified. *See generally* Fed. R. Civ. P. 23(e). The parties shall also submit — as a separate entry on the docket and as a Word document submitted by email to Chambers at RochonNYSDChambers@nysd.uscourts.gov — a proposed order preliminarily approving the class-wide settlement, providing for notice, and scheduling a settlement fairness hearing.

  Additionally, the parties are reminded that, now that they have reached a settlement, they have the option to consent to proceed for all purposes before the assigned Magistrate Judge (the appropriate form for which is available at https://www.nysd.uscourts.gov/forms/consent-

proceed-us-magistrate-judge), in which case the assigned Magistrate Judge would decide whether to approve the settlement. In the event that all parties consent to proceed before the assigned Magistrate Judge for that purpose, they shall file on the docket a fully executed version of the consent form on or before **July 22, 2024**.

In light of the parties' settlement, the conference scheduled for July 10, 2024, *see* ECF No. 16, along with all existing deadlines in this case, are adjourned *sine die* pending the submission of the filings set forth above.

SO ORDERED.

Dated: June 7, 2024
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge