

Raina Borrelli
raina@straussborrelli.com
872.263.1100

July 18, 2024

*Via ECF*

Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

> The request is GRANTED. The parties shall move for class certification and preliminary approval of the class settlement by August 21, 2024.
>
> Dated: July 19, 2024
> New York, New York
>
> SO ORDERED.
>
> **JENNIFER L. ROCHON**
> **United States District Judge**

**Re:** **Joint Motion to Extend Deadlines** in Santosh Cherian v. Manipal Education Americas, LLC & American University of Antigua Inc. (Case No. 1:24-cv-00404)

Dear Judge Rochon,

Plaintiff Santosh Cherian ("Plaintiff") and Defendants Manipal Education Americas, LLC and American University of Antigua Inc. ("Defendants", collectively, the "Parties") write to jointly request a 30-day extension of the July 22, 2024, deadline for Plaintiff to move for class certification and preliminary approval of the Parties' class settlement (ECF No. 18).

Since the Parties submitted their Joint Notice of Settlement (ECF No. 17), they have been working diligently to negotiate and draft the full Settlement Agreement, and to obtain bids and engage a settlement administration vendor. Plaintiff has also been preparing the motion for preliminary approval. The Parties require additional time to complete these tasks, and ask that the Court extend the deadline for Plaintiff to move for class certification and preliminary approval of the Parties' class settlement from July 22, 2024, to August 21, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Raina C. Borrelli* | */s/ John P. Hutchins* |
| Raina C. Borrelli | John P. Hutchins |
| | |
| *Counsel for Plaintiff* | */s/ Robyn F. Feldstein* |
| | Robyn F. Feldstein |
| | |
| | *Counsel for Defendant* |