UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOSH CHERIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANIPAL EDUCATION AMERICAS, LLC, and AMERICAN UNIVERSITY OF ANTIGUA INC.,<br><br>Defendants. | Case No. 1:24-cv-00404-JLR<br><br>Judge Jennifer L. Rochon<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that, pursuant to Rule 23(e) and upon the accompanying papers, Plaintiff Santosh Cherian, on behalf of himself and all others similarly situated, will respectfully move this Court, before the Honorable Jennifer Rochon, United States District Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, New York 10007, on a date and at such time as may be designated by the Court, for entry of an Order: (1) granting preliminary approval of the Parties' Settlement in accordance with the Proposed Order Granting Preliminary Approval of Class Action Settlement (Ex. D to the Settlement Agreement); (2) approving the Notice Program; (3) appointing Simpluris as Settlement Administrator; (4) preliminarily certifying the Settlement Class for settlement purposes only; (5) appointing Santosh Cherian as Representative of the Settlement Class; (6) appointing Raina C. Borrelli of Strauss Borrelli PLLC as Settlement Class Counsel; (7) approving the form and content of the Short Form Notice (Ex. A to the Settlement Agreement), Long Form Notice (Ex. B to the Settlement Agreement), and Claim Form (Ex. C to the Settlement Agreement); and (8) scheduling a Final Approval Hearing at least 160 days after entry of a Preliminary Approval Order to consider entry of a final order approving the

1

Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

Dated: August 21, 2024						By: */s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina Borrelli, hereby certify that on August 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 21st day of August, 2024.

                STRAUSS BORRELLI PLLC

                By: */s/ Raina Borrelli*
                    Raina Borrelli
                    STRAUSS BORRELLI PLLC
                    One Magnificent Mile
                    980 N. Michigan Avenue, Suite 1610
                    Chicago IL, 60611
                    Telephone: (872) 263-1100
                    Facsimile: (872) 263-1109
                    raina@straussborrelli.com