# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John P. Hutchins
direct dial: 404.946.9812
jhutchins@bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

September 24, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

  Re: *Santosh Cherian v. Manipal Education Americas, LLC & American University of Antigua Inc.* – Case No. 1:24-cv-00404
    Letter Motion to Request Rescheduling of October 1, 2024, Conference

Dear Judge Rochon,

  We represent the Defendants in the above-referenced matter. On September 20, 2024, the Court Ordered the parties to appear for a conference on October 1, 2024, at 10:00 a.m. to address Plaintiff's Unopposed Motion for Preliminary Approval of the Class-Action Settlement and Plaintiff's Supplemental Brief in support of thereof. [Dkt. 29.] We write to request that the Court reschedule the conference due to Defendants counsel's scheduling conflict. Defendants conferred with Plaintiff's counsel and Plaintiff does not oppose this request. Furthermore, Defendants and Plaintiff are both available on and propose the following alternate dates: October 2, 2024, October 3, 2024, October 8, 2024, and October 9, 2024. This request does not affect any other scheduled deadlines or court appearances in this case and will not prejudice any party.

The parties' conference scheduled for October 1, 2024 at 10:00 a.m. is rescheduled to October 3, 2024 at 10:00 a.m.

Dated: September 25, 2024
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

*/s/ John P. Hutchins*
John P. Hutchins

*/s/ Robyn M. Feldstein*
Robyn M. Feldstein

cc: *Counsel for Plaintiff via ECF*