> The parties' request for an adjournment of their Final Approval Hearing is GRANTED.  The Final Approval Hearing presently scheduled for March 19, 2025 at 10:00 a.m. shall be rescheduled to April 2, 2025 at 10:00 a.m. in Courtroom 20B, 500 Pearl Street, New York, New York 10007.  Appropriate notice of the change shall be given to class members.
>
> DATED: October 10, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**BakerHostetler**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John P. Hutchins
direct dial: 404.946.9812
jhutchins@bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

October 9, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

    Re:    *Santosh Cherian v. Manipal Education Americas, LLC & American University of Antigua Inc.* – Case No. 1:24-cv-00404
            Letter Motion to Request Rescheduling of Final Approval Hearing on March 19, 2025

Dear Judge Rochon,

    We represent the Defendants in the above-referenced matter. On October 3, 2024, the Court Ordered that a Final Approval Hearing shall be held on March 19, 2025, at 10:00 a.m. in Courtroom 20B, 500 Pearl Street, New York, New York, 10007. [Dkt. 32.] We write to request that the Court reschedule the Final Approval Hearing due to Defendants' counsel's scheduling conflict. Defendants conferred with Plaintiff's counsel and Plaintiff does not oppose this request. Furthermore, Defendants and Plaintiff are both available on and propose the following alternate dates: April 1, 2025, April 2, 2025, April 3, 2025, and April 4, 2025. This request does not affect any other court appearances in this case and will not prejudice any party.

                      Respectfully submitted,

                      */s/ John P. Hutchins*
                      John P. Hutchins

                      */s/ Robyn M. Feldstein*
                      Robyn M. Feldstein

cc:   *Counsel for Plaintiff via ECF*