# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 7, 2025

John P. Hutchins
direct dial: 404.946.9812
jhutchins@bakerlaw.com

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

>   Re:   Letter Motion to Request Rescheduling of April 2, 2025, Final Approval Hearing
>         *Santosh Cherian v. Manipal Education Americas, LLC & American University of Antigua Inc.* – Case No. 1:24-cv-00404

Dear Judge Rochon,

We represent the Defendants in the above-referenced matter. On October 10, 2024, the Court granted Defendants' request for an adjournment of the Final Approval Hearing that was scheduled for March 19, 2025. [Dkt. 34.] The Court Ordered the Final Approval Hearing to be rescheduled to April 2, 2025, at 10:00 a.m. in Courtroom 20B, 500 Pearl Street, New York, New York 10007 and for appropriate notice of the change to be given to class members.

We write to request that the Court reschedule the Final Approval Hearing due to Defendants' counsel's scheduling conflict.[1] Defendants conferred with Plaintiff's counsel and Plaintiff does not oppose this request. Furthermore, Defendants and Plaintiff are both available on and propose the following alternate dates: April 9, 2025, April 10, 2025, and April 11, 2025. This request does not affect any other scheduled deadlines or court appearances in this case and will not prejudice any party.[2]

---

[1] Counsel Robyn M. Feldstein is out on leave until August 2025. Additionally, Counsel Eric R. Fish and Counsel John P. Hutchins have work related travel conflicts.

[2] Once the Final Approval Hearing is rescheduled, the parties will ensure that all class members are notified of the change by posting the revised date and time on the settlement website maintained by the settlement administrator. [*See* Dkt. 32 ¶ 14 (discussing notifying class members of

Honorable Jennifer L. Rochon
March 7, 2025
Page 2

                                                Respectfully submitted,

                                                */s/ John P. Hutchins*
                                                John P. Hutchins

                                                */s/ Eric R. Fish*
                                                Eric R. Fish

cc: *Counsel for Plaintiff via ECF*

The final approval hearing shall be rescheduled to April 16, 2025 at 12:30 p.m.

Dated: March 10, 2025        **SO ORDERED.**
       New York, New York

                                                *[signature]*
                                        **JENNIFER L. ROCHON**
                                        **United States District Judge**

---

adjournments and continuances of the Final Approval Hearing and related deadlines).] It should also be noted that the objection deadline has passed and there have been no objections to the settlement.