# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOSH CHERIAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MANIPAL EDUCATION AMERICAS, LLC, and AMERICAN UNIVERSITY OF ANTIGUA INC.,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-00404-JLR<br><br>Judge Jennifer L. Rochon |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff respectfully moves this Court for entry of an Order granting final approval of the class action Settlement and certifying the Settlement Class under Fed. R. Civ. P. 23. This Motion is based upon: (1) this Motion and the following supporting memorandum; (2) Class Counsel's Declaration; (3) the Settlement Agreement; (4) the records, pleadings, and papers filed in this Action; and (5) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing.

Dated: April 2, 2025　　　　　　　By: /s/ Raina C. Borrelli
　　　　　　　　　　　　　　　　　Raina C. Borrelli
　　　　　　　　　　　　　　　　　STRAUSS BORRELLI PLLC
　　　　　　　　　　　　　　　　　980 N. Michigan Avenue, Suite 1610
　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　Telephone: (872) 263-1100
　　　　　　　　　　　　　　　　　Facsimile: (872) 263-1109
　　　　　　　　　　　　　　　　　raina@straussborrelli.com

　　　　　　　　　　　　　　　　　James J. Bilsborrow (NY Bar # 519903)
　　　　　　　　　　　　　　　　　WEITZ & LUXENBERG, PC

700 Broadway  
New York, NY  10003  
Telephone: (212) 558-5500  
jbilsborrow@weitzlux.com  

*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 2nd day of April, 2025.

                STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli
     STRAUSS BORRELLI PLLC
     980 N. Michigan Avenue, Suite 1610
     Chicago, IL 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     raina@straussborrelli.com